IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYLOU ACCIAVITTI,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL OF PHILADELPHIA,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 20-1327-KMW-SAK<br><br>**ORDER** |

THIS MATTER having come before the Court on Defendant's motion for summary judgment [ECF No. 36]; the Court having considered the submissions of the parties; for the reasons explained in the accompanying Opinion of even date; and for good cause shown;

IT IS this **28th** day of **June, 2022,** hereby

ORDERED the Defendant's motion for summary judgment [ECF No. 36] is GRANTED.

KAREN M. WILLIAMS
United States District Judge